IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>Plaintiff<br><br>v.<br><br>INFOWARS, LLC, *et al*<br><br>Defendants. | Case Number:   20-cv-80614 |

## PLAINTIFF LARRY KLAYMAN'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Larry Klayman ("Plaintiff Klayman") hereby voluntarily dismisses the above-referenced matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without prejudice, as there appears, based upon the order of this Court show cause order on today's date, and prior orders with regard to the undersigned counsel's client Laura Loomer in *Loomer v. New York Media, LLC et al*, 9:19-cv-81555 that this Court cannot be an impartial arbiter.

Dated: April 14, 2020                                                                          Respectfully Submitted,

                                                                                                         */s/ Larry Klayman*
                                                                                                        Larry Klayman, Esq.
                                                                                                        KLAYMAN LAW GROUP, P.A.
                                                                                                        7050 W. Palmetto Park Road
                                                                                                        Boca Raton FL 33433
                                                                                                        Telephone:  (561_558-5336
                                                                                                        Email: leklayman@gmail.com

                                                                                                        *Plaintiff Pro Se*