**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

LARRY KLAYMAN

              Plaintiff

    v.

INFOWARS, LLC, *et al*

           Defendants.

**Case Number:    20-cv-80614**

## PLAINTIFF LARRY KLAYMAN'S REQUEST FOR DISCLOSURE

In light of and reflection upon the tenor and substance of the Court's order of April 14, 2020, which begins by misleadingly and gratuitously reducing Plaintiff's claims to "Larry Klayman was upset when Roger Stone called him "incompetent" on national television," which is inaccurate, condescending, disrespectful and disparaging, Plaintiff requests immediate disclosure as to whether court knows Roger Stone and/or was recommended to President Donald J. Trump by Roger Stone for a seat on the federal bench.

Plaintiff respectfully requests a response by C.O.B. tomorrow, April 16, 2020. The Court's order of April 14, 2020, gratuitously issued before even the subject complaint was served and Defendants were able to plead, creates, at a minimum, this appearance, as the Court has taken on the role as an advocate for Roger Stone and the Defendants, all of whom published in this district, nationally and internationally, false factual statements, which severely harmed and damaged Plaintiff Klayman.

The failure to respond timely will be taken as an admission that the Court does know Roger Stone and/or was recommended by Roger Stone for a seat on the federal bench to President Donald J. Trump.

2

Dated:  April 15, 2020                                    Respectfully Submitted,


                                                              */s/ Larry Klayman*
                                                              Larry Klayman, Esq.
                                                              KLAYMAN LAW GROUP, P.A.
                                                              7050 W. Palmetto Park Road
                                                              Boca Raton FL 33433
                                                              Telephone:  (561_558-5336
                                                              Email: leklayman@gmail.com

                                                              *Plaintiff Pro Se*